IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-01636-AP

VICTORIA DOOLITTLE,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

NICHOLAS D. PURIFOY
Midland Group/Disability Professionals
5020 Bob Billings Parkway, Suite C
Lawrence, KS 66049
Telephone: (785) 832-8521
Facsimile: (785) 831-0006
npurifoy@midlandgroup.com

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office

WILLIAM G. PHARO
Assistant United States Attorney

ALEXESS D. REA
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
Telephone: (303) 844-7101
Facsimile: (303)454-0770
alexess.rea@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint Was Filed:** June 22, 2011
**B.  Date Complaint Was Served on U.S. Attorney's Office:** October 14, 2011
**C. Date Answer and Administrative Record Were Filed:** December 13, 2011

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

At this time, the Administrative Record appears to be complete and accurate; the parties will fully ascertain the completeness of the record upon the drafting and completion of their respective briefs.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties do not foresee offering any unusual claims or defenses in this case.

## 7.  OTHER MATTERS

The parties are not aware of any other matters at this time.

## 8.  BRIEFING SCHEDULE

Counsel for both parties agree to the following proposed briefing schedule:

**A.  Plaintiff's Opening Brief Due:** February 13, 2012
**B.  Defendant's Response Brief Due:** March 14, 2012
**C.  Plaintiffs Reply Brief (If Any) Due:** March 29, 2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A.  Plaintiff's Statement:**
> Plaintiff does not request oral argument.

**B.  Defendant's Statement:**
> Defendant does not request oral argument

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.      (  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.      (**X**)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11.  OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

> DATED this 3rd day of January, 2012.

BY THE COURT:


*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE


APPROVED:

For Plaintiff:                                          For Defendant:


s/ *Nicholas D. Purifoy*                                JOHN F. WALSH
NICHOLAS D. PURIFOY                                     United States Attorney
Midland Group/Disability Professionals                 District of Colorado
5020 Bob Billings Parkway, Suite C
Lawrence, KS 66049                                      KEVIN TRASKOS
Telephone: (785) 832-8521                               Deputy Chief, Civil Division
Facsimile: (785) 831-0006                               United States Attorney's Office
npurifoy@midlandgroup.com
                                                        WILLIAM G. PHARO
                                                        Assistant United States Attorney
Attorney for Plaintiff
                                                         s/  *Alexess D. Rea*
                                                        ALEXESS D. REA
                                                        Special Assistant United States Attorney
                                                        1001 17th Street
                                                        Denver, CO 80202
                                                        Telephone: (303) 844-7101
                                                        Facsimile: (303) 454-0770
                                                        alexess.rea@ssa.gov

                                                        Attorneys for Defendant