IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-1636-AP**

**VICTORIA DOOLITTLE,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion for Attorneys Fees (doc. #24), filed June 27, 2012, is DENIED with leave to re-file, for failure to comply with D.C.COLO.LCivR 7.1A.

Dated:  June 27, 2012